**Curtis Leon TAYLOR, Sr.,
Plaintiff–Appellant,**

v.

**DEPARTMENT OF the U.S. NAVY;
U.S. Marine Corps; the Department
for Veteran Affairs, Defendants–Ap-
pellees.**

No. 15–1840.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 19, 2016.

Decided: Feb. 2, 2016.

Curtis Leon Taylor, Sr., Appellant Pro
Se.

Before NIEMEYER, MOTZ, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Curtis Leon Taylor, Sr., appeals the dis-
trict court's order dismissing his civil com-
plaint under 28 U.S.C. § 1915(e)(2)(B)
(2012). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *See Taylor v. Dep't of the U.S.
Navy*, No. 4:15–cv–00023–JLK (W.D. Va.
June 29, 2015). We grant leave to proceed
in forma pauperis. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*AFFIRMED.*